**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Felipe Preciado HERNANDEZ, aka
Felipe, Defendant—Appellant.**

**No. 01–50620.**
**D.C. No. CR–00–01097–SVW–01.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 17, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before CANBY, O'SCANNLAIN, and T.G. NELSON, Circuit Judges.

MEMORANDUM**

Felipe Preciado Hernandez appeals from his guilty plea conviction and sentence for conspiracy to manufacture marijuana and possession with intent to distribute marijuana, in violation of 21 U.S.C. §§ 846 and 841(a)(1). Hernandez's counsel has filed a motion pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating there are no arguable issues for review and seeking to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issues for review. Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.